**Andrew J. Witty**
500 White Oak Ridge Road
Short Hills, New Jersey 07078
Tel: 917.270.0103
Email: witty@imaxdirect.com

June 18, 2024

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark NJ 07102
The Honorable Madeline Cox Arleo

UNITED STATES DISTRICT COURT OF APPEALS
FOR THE THIRD CIRCUIT
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106
Attn: Court Clerk

**United States District Court**
**District of New Jersey**
## Case No.  2:15-cv-00500 MCA-MAH
THE BANK OF NEW YORK MELLON, as a Trust, v. ANDREW J. WITTY, et al,

**United States District Court of Appeals**
**For The Third Circuit**
## Case No. 24-1976
THE BANK OF NEW YORK MELLON, as a Trust, v. ANDREW J. WITTY, et

RE: **NOTICE OF CASE CLOSED STATUS INQUIRY**
**United States. District Court**
**District of New Jersey**
Case No.  2:15-cv-00500 MCA-MAH

Dear Judge Arleo,

I, Andrew Witty, the pro se defendant in the above-referenced case, am writing to inquire about the closed status of this above-referenced case.

The docket indicates that the case was filed on 01/23/2015 and terminated on 04/25/2024. However, the case No. 2:15-cv-00500 status is still listed as [LIVE] on the docket [See EXHIBIT A]. Additionally, on May 24, 2024, I filed a Notice of Appeal [ECF No. 130].

I am seeking clarification and confirmation from the Court regarding the following:

1.Whether the case is formally considered "closed" as of 04/25/2024.

2. And, if case is formally considered "closed", can the honorable court please provide explanation as to why on June 11, 2024, The Bank Of New York Mellon was permitted to file application for Writ of Execution [ECF No. 133]

3. If the docket can be updated to reflect the closed status, especially considering the pending appeal.

This confirmation will ensure that all parties involved have a clear understanding of the current procedural posture of the case.

I appreciate your attention to this matter and thank Your Honor for your assistance.

Respectfully,

Andrew J Witty

_____

Andrew J. Witty, Defendant, Pro se

cc: UNITED STATES DISTRICT COURT OF APPEALS
FOR THE THIRD CIRCUIT
Docket #: 24-1976
Bank of New York Mellon v. Andrew Witty, et al
Attn: Court Clerk

# EXHIBIT A

THE BANK OF NEW YORK MELLON v. WITTY et al
Assigned to: Judge Madeline Cox Arleo
Referred to: Magistrate Judge Michael A. Hammer
Case in other court: Third Circuit, 24-01976
                 SUPERIOR COURT OF NEW
                 JERSEY, ESSEX COUNTY, F-
                 024738-14
Cause: 28:1441 Notice of Removal- Fraud

Date Filed: 01/23/2015
Date Terminated: 04/25/2024
Jury Demand: Plaintiff
Nature of Suit: 220 Real Property:
Foreclosure
Jurisdiction: U.S. Government
Defendant

## Plaintiff

**THE BANK OF NEW YORK
MELLON**
*As Trustee for the Certificate
Holders of Cwalt Inc. alternative
Loan Trust 2007-7T2, Mortgage
Pass-through Certificates, Series
2007-7T2*
*formerly known as*
THE BANK OF NEW YORK

represented by **BEN ZEV RAINDORF**
HINSHAW & CULBERTSON LLP
800 THIRD AVENUE
13TH FLOOR
NEW YORK, NY 08873
212-471-6219
Email: braindorf@hinshawlaw.com
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CAITLIN M. DONNELLY**
KML Law Group, P.C.
216 HADDON AVENUE
SUITE 406
WESTMONT, NJ 08108
215-627-1322
Email:
cdonnelly@kmllawgroup.com
*TERMINATED: 05/14/2018*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER R. MOUNT**
SENEN GARCIA LAW GROUP
124 WILLOW DRIVE
OLD TAPPAN, NJ 07675
201-543-8747
Email: crobert.mount@gmail.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FRANCIS X. CROWLEY**
BLANK ROME LLP
301 CARNEGIE CENTER
3RD FLOOR
PRINCETON, NJ 08540
(609) 750-7700
Email: crowley@blankrome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN ERIC KISHBAUGH**
MCCRINK KEHLER & MCCRINK
475 ROUTE 73 NORTH
WEST BERLIN, NJ 08091
856-768-0033
Email: ekishbaugh@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SIMONE SEBASTIAN**
FEIN, SUCH, KAHN & SHEPARD,
P.C.
7 CENTURY DRIVE
SUITE 201
PARSIPPANY, NJ 07054
973-538-9300
*TERMINATED: 12/21/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**UJALA AFTAB**
DILWORTH PAXSON LLP
457 HADDONFIELD ROAD
STE 700
Cherry Hill, NJ 08002
856-675-1958
Email: uaftab@dilworthlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**COURTNEY JANAE PETERSON**
BRYAN CAVE LEIGHTON
PAISNER LLP

1290 AVENUE OF THE
AMERICAS
NEW YORK, NY 10104
212-541-2000
Email:
courtney.peterson@bclplaw.com
*TERMINATED: 01/18/2018*
*ATTORNEY TO BE NOTICED*

**MICHAEL T. MCKEEVER**
GOLDBECK MCCAFFERTY &
MCKEEVER
701 MARKET STREET
SUITE 5000
PHILADELPHIA, PA 19106
215-825-6303
Email:
mmckeever@goldbecklaw.com
*ATTORNEY TO BE NOTICED*

**THOMAS MICHAEL
BRODOWSKI , JR.**
BLANK ROME LLP
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103
215-569-5500
Email: tbrodowski@blankrome.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ANDREW J. WITTY**
*Husband and Wife*

represented by **ANDREW J. WITTY**
500 WHITE OAK RIDGE ROAD
SHORT HILLS, NJ 07078
917-270-0103
Email: witty@imaxdirect.com
PRO SE

**Defendant**

**SHERYL WITTY**
*Husband and Wife*

**Defendant**

**KISS ELECTRICAL
CONTRACTORS, INC.**

**Defendant**

**UNITED STATES OF AMERICA**

**Defendant**

**AMERICAN EXPRESS
CENTURION BANK**

**Defendant**

**BH SECURITY**

**Defendant**

**THE STATE OF NEW JERSEY**

# CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing document and any exhibits hereto has been. served upon the following counsel and the Court of Record via [Personal Delivery] or [facsimile] or by U.S. Mail or/and by email or ECF, in accordance with the FRAP Rules

on the date of: June 18, 2024.


 Current Attorneys or Parties served:

J. Eric Kishbaugh, Esq.

 KML Law Group

701 Market Street, Suite 5000

Philadelphia, PA, 19106

Attorneys for Plaintiff


_Andrew J Witty_

_____

Andrew Witty, Affiant