# Andrew J. Witty

500 White Oak Ridge Road
Short Hills, NJ 07078
Email: witty@imaxdirect.com
Phone: 917.270.0103

**Date:** October 22, 2024

**UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

**RE:** *Andrew J. Witty, Appellant v. Bank of New York Mellon, as Trustee, and Related Cross Actions*
*Case No: 24-1976*

Dear Clerk of the Court and Honorable Justices:

Thank you for your patience in allowing extra time for preparation of my Appellant's Opening Brief and references to the record. My brief is complete in formal form as required by the Federal Rules of Appellate Procedure and local rules. I chose not to present my case in "pro se" format as the issues I have raised are better presented in formal fashion with references to the record for errors of law and grounds for reversal, which are numerous.

Frankly, I am struggling to complete my *Appendix* in the form required by the rules, and I do not want to disappoint the court with a poor presentation. I am asking for an accommodation. May I please be allowed, as a hardship accommodation, to use, in lieu of the formality of the *Appendix*, to use the lower court identification references the court recognizes as "ECF" [electronic court filing] to reference by document, page, and line all of my references? It is not my intention to short-cut your rules, but I understand the ECF referencing far better than that of the "Appendix" format called for. You can expect my Opening Brief to be filed timely with this gracious accommodation.

**Very respectfully yours,**

*Andrew J Witty*
_____

**s/ Andrew J. Witty**
Appellant, Pro Se

500 White Oak Ridge Road, Short Hills, NJ 07078
Phone: 917.270.0103 and, Email: witty@imaxdirect.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, a true and correct copy of the foregoing letter was served upon the following counsel via [ECF] and/or [Certified U.S. Mail], in accordance with the Federal Rules of Appellate Procedure:

**Current Attorneys or Parties Served:**

- J. Eric Kishbaugh

- Michael T. McKeever

- KML Law Group
  701 Market Street, Suite 5000
  Philadelphia, PA, 19106

**Date:** October 22, 2024,                    Respectfully submitted,

*Andrew J Witty*

s/ Andrew J. Witty
Appellant, Pro Se

500 White Oak Ridge Road, Short Hills, NJ 07078
Phone: 917.270.0103
Email: witty@imaxdirect.com